**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JOSEPH, | Case No. 8:24-cv-00724-MCS-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ZURICH NORTH AMERICA and/or ZURICH INSURANCE COMPANY; NAVIGATORS INSURANCE COMPANY; COLLINS COLLINS MUIR + STEWART LLP and/or COLLINS + COLLINS LLP; and REBECCA CHMURA, | |
| Defendants. | |

1     Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and
2 decreed that this case is dismissed without prejudice. No party shall take anything from
3 this action.

4

5 **IT IS SO ORDERED.**

6

7 Dated: November 20, 2024

                                MARK C. SCARSI
                                UNITED STATES DISTRICT JUDGE